348 U.S. 836, 75 S.Ct. 50

Luther C. HESS and Alaska Juneau Gold Mining Company, peti-
tioner,  v.  Karl F. DEWEY, Commissioner of Taxation
of the Territory of Alaska.

No. 266.

Supreme Court of the United States.

Oct. 14, 1954.

Petition for writ of certiorari to the United States Court
of Appeals for the Ninth Circuit.

Denied.